IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| S.J., a minor, by and through her mother and next friend, Lamesha Reese, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | CIVIL ACTION NO. 2:10cv506-MHT-WC (WO) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) ) ) ) | |
| Defendant. ) | |

**O R D E R**

The magistrate judge entered a recommendation (Doc. #15) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation of the magistrate judge (Doc. #15) is adopted.

A appropriate judgment shall issue.

Done this 19th day of September, 2011.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE