IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| S.J., a minor, by and through her mother and next friend, Lamesha Reese,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:10cv506-MHT-WC<br>)                    (WO)<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this 19th day of September, 2011.

       /s/ Myron H. Thompson       
UNITED STATES DISTRICT JUDGE